BURHANS & BLACK, INCORPORATED, Respondent, v. TAYLOR & DONALDSON, INCORPORATED, and FRANK F. GALBRAITH, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to restore the case to the trial calendar in an action to recover for the sale of merchandise.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

ABRAM J. MAXWELL, Appellant, v. VAN TRANSPORTATION LINES, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to open a default in an action to recover property damage resulting from the negligent operation of a truck.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

In the Matter of the Application of FLORENCE NEWBORN, Appellant, for an Order of Prohibition against Hon. JOSEPH M. FEELY, Individually and as Surrogate for the County of Monroe, and Others, Respondents.— Order affirmed, with costs. All concur. (The order dismisses an alternative prohibition order relating to a proceeding for the probate of a will.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

LUCILLE GILLOGLY, Respondent, v. CITY OF BUFFALO, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

In the Matter of H. NILE EDDY, an Attorney, Respondent.— Motion for an order modifying the order entered January 15, 1937, denied. [See 249 App. Div. 449.] Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.